IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>LEROY SCOTT,<br><br>               Defendant. | 8:12CR403<br><br>ORDER |

This matter is before the Court on plaintiff's motion for dismissal without prejudice (Filing No. 5) of the indictment against defendant Leroy Scott. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion for dismissal is granted. The indictment against Leroy Scott is dismissed without prejudice.

Dated this 24th day of January 2013.

BY THE COURT:

s/ Joseph F. Batallion
United States District Court Judge